JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNTER, | SA CV 10-298 PA (PLAx) |
|        Plaintiff, | JUDGMENT |
|    v. | |
| LAMPS PLUS, INC., | |
|        Defendant. | |

Pursuant to the Court's Minute Order of December 27, 2010 granting the defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Lamps Plus, Inc. ("Defendant") shall have judgment in its favor against plaintiff Mark Hunter ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: December 27, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE